TO:
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

2·24·2015

82,111-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 06 2015

Abel Acosta, Clerk

RE: PAYNE, CHRISTOPHER ROMERO
CCA NO. WR-82,111-01
TRIAL COURT CASE NO. W-0473967-I (A)

SIR(S)

IN THE ABOVE STYLED AND NUMBERED CAUSE(S), APPELLANT RESPECTFULLY REQUESTS ANY AND ALL INFORMATION AVAILABLE CONCERNING THE ABOVE STYLED AND NUMBERED WRIT- IN ACCORDANCE TO THE RULES OF CRIMINAL APPELLATE PROCEDURE PER SE.

ANY AND ALL INFORMATION SHOULD THUS BE FORWARDED / SUBMITTED TO THE APPELLANT AS LISTED BELOW.

APPELLANT MAKES THIS REQUEST HUMBLY AND PRAYS THAT THE HONOURABLE CLERK OF COURTS WILL HONOUR THIS PLEA.

SINCERELY,

MR. CHRISTOPHER R. PAYNE
TDCJ-ID# 1636217
RAMSEY I UNIT
1100 FM 655
ROSHARON, TEXAS
77583